IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUAN CARLOS CAJAS-DUCHIMAZA** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 26-621 |
| | : | |
| **BRIAN MCSHANE** *et al* | : | |

## ORDER

This 2nd day of February, 2026, after initial review of Petitioner Juan Carlos Cajas-Duchimaza's Petition for Writ of Habeas Corpus, ECF 1, it is hereby **ORDERED** as follows:

1. Respondents are **ENJOINED** from taking any action that would result in the removal of Petitioner from within the boundaries of the Eastern District of Pennsylvania, pending further Order of this Court.

2. Respondents shall file any response to the Petition on the ECF filing system by **3:00 p.m.** on Tuesday, **February 3, 2026**.

                                                                    /s/ Gerald Austin McHugh
                                                                    United States District Judge